# — EXHIBIT 1 —

THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MICHELLE ANDERSON, individually and on behalf of all others similarly situated,

Plaintiff,

-vs- No. 6:17-cv-03244-BP

FORD MOTOR COMPANY,

Defendant.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACOB BEATY and JESSICA BEATY on behalf of themselves and all others similarly situated,

Plaintiffs,

-vs- No. 3:17-cv-05201-RBL

FORD MOTOR COMPANY,

Defendant.

VIDEOTAPED DEPOSITION OF THOMAS L. READ

Tuesday, March 19, 2019

REPORTED BY: KIPP HODGE, CSR #7642

Job No. CS3261593

APPEARANCES:

FOR THE PLAINTIFFS:

GREG COLEMAN LAW
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
BY: MARK E. SILVEY, ESQ.
RACHEL SOFFIN, ESQ.

AND

LAW OFFICES OF TERRELL MARSHALL LAW GROUP
936 North 34th Street, Suite 300
Seattle, Washington 98103
BY: BENJAMIN M. DRACHLER, ESQ.

FOR THE DEFENDANT FORD MOTOR COMPANY:

LAW OFFICES OF SLATTERY PETERSEN, PLLC
2828 North Central Avenue, Suite 1111
Phoenix, Arizona 85004
BY: BRADLEY W. PETERSEN, ESQ.

AND

LAW OFFICES OF ALSTON & BIRD, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
BY: KYLE G.A. WALLACE, ESQ.

ALSO PRESENT:

Mike Tunick, Certified Legal Video Specialist

---o0o---

A No.

Q If you haven't inspected any of those vehicles, who it be fair to assume that you haven't done any testing on any of these vehicles?

A I have not, but that's not relevant to what we're talking about here.

Q Okay.

A They're all made out of large thin pieces of thermally tempered glass, and I've been involved -- involved in inspecting numerous -- first of all, they're not manufactured by Ford. I've looked at sunroofs manufactured by the same people that supply them to Ford and have done significant analysis of that.

So to me whether it's on a Ford or some other -- you know, whether it's a pickup truck or a Lincoln or a Ford is not really important in the consideration of the application of a large thin piece of glass replacing the steel roof of a vehicle.

Q Okay. Let me ask you this: You said these panoramic sunroof modules are manufactured by others; is that correct?

A Uh-huh.

Q Yes?

that for a fact, but I'm pretty sure that's what it was.

Q All right.

A I might add that they call tempered safety glass "safety glass," but if you have it horizontally or hanging and it fails, it can become almost as dangerous as annealed glass because the particles stay interlocked.

My own opinion is that it's mainly safety glass when you go through it and it breaks into small particles, so there's some misinterpretation of why that's safety glass.

Q Is it not NHTSA that defines what is safety glass in the automotive application?

MR. SILVEY: Object to the form.

THE WITNESS: NHTSA just sees -- yeah, they can define it anything they want. They can call it safety glass, but that doesn't take away with -- away from the actual physical properties of the glass under a given situation.

MR. PETERSEN: Q Do you know what NHTSA is?

A National Institute or some -- Highway Safety. I don't know.

Q Okay. Fair to summarize it as the federal

government agency who governs the safety of vehicles on the highways and byways of the United States?

MR. SILVEY: Object to the form.

THE WITNESS: Yes.

MR. PETERSEN: Q Okay.

A That's true.

Q Okay. So do you know whether NHTSA has any regulations specifically as to safety glass for automotive applications?

A I'm sure they do.

Q Do you know what it is?

A No.

Q Do you know if there's a federal motor vehicle safety standard that applies to automotive glass?

A I suspect there is, but I've never read it.

Q Okay. Have you ever read FMVSS 205?

A Probably. I didn't memorize it.

Q Okay. What is FMVSS 205?

A I believe that's the one that discusses glass in vehicles, but I'm not certain.

Q Do you know what the purpose of FMVSS 205 is?

A No.

Q Would it surprise you to know that the stated purpose for FMVSS 205 regards safety?

MR. SILVEY: Object to the form.

THE WITNESS: I'm a Material Scientist. I'm not a government bureaucrat. I'm just telling you what I know about tempered safety glass. They can interpret it whatever way they want.

They -- for example, I read one time there was a government study where they ran a Volkswagen into like a '72 Oldsmobile to prove that small cars were not safe. And the whole purpose was to increase the sales of SUVs.

MR. PETERSEN: Q Okay. Let's talk about that.

The Ford PSRs that fall within the definition of Subject Vehicles in your report, do they all comply with FMVSS 205?

MR. SILVEY: Object to the form.

THE WITNESS: I really don't know.

MR. PETERSEN: Q Okay. Do you have any

report, you refer to defects in design of Ford PSRs; is that correct?

A Correct.

Q Did you identify any defects that you felt were manufacturing defects in your work in this case?

A I did not.

Q You're not a warnings expert; is that fair?

A Well, I was a safety engineer for several companies. I don't know if that makes me a warning expert or not.

Q Okay. Let me ask you a different question.

You're not offering any opinions about warnings in this case?

A No, I don't think I am.

Q Not offering any opinions about Ford's expressed warranty?

A No.

Q Not offering opinions about Ford's warranty handling processes, including those described in Ford's Warranty and Policy Manual?

A No.

Q Have you reviewed ANSI Z26.1?

A I may have. You'd have to explain to me

what it is.

Q Okay.

A I have a hard time remembering all these numbers.

Q ANSI Z26.1 regards automotive glass and glazing.

A I believe I've seen it, and I think I read through it, and from my perspective, it's basically the same description of like, say, tempered glass. It's the same as what ASTM says.

Q Okay. And does ANSI Z26.1 for FMVSS 205 provide for materials -- properties testing for raw materials used in automotive glass and glazing?

A Possibly. I don't recall.

Q Do you understand whether FMVSS 205 provides manufacturers a choice of glazing materials for applications like roof lites, l-i-t-e-s, lites?

A Are you talking about sunroofs?

Q Sure.

A I don't know. I haven't committed it to memory, so I don't know.

Q Let me read something to you, and I'll ask you if you agree or disagree. Okay?

A Sure.

Q And I quote, "One safety glazing material

A Yes. Actually, Ford didn't make it. They just -- they purchase it from someone else.

Q Understood. But why is tempered versus some other construction important to your analysis of whether there's a common defect in the Subject Vehicles?

A Well, we have to go back to the properties of tempered glass, and I -- as we get into the report, we can talk about it.

But basically you have -- about one-fifth of the thickness starts at some compressive stress, and I've looked at like rear windows in pickup trucks and stuff, and it starts around 16 to 18,000 psi, goes through zero -- so it's going negative, so it's coming negative, goes through zero, goes into tensile and then comes down on the other side.

If you penetrate that compressive layer and enter the tensile layer, the glass immediately self-destructs. So to me that's a defect because any kind of -- like wash the car, you might scratch it, you know, drag your watchband over it or -- and you've created a small bruise or defect that can grow over time.

And once that grows to the point where it penetrates the tensile -- penetrates into the tensile

region, you create cracks that go at one mile per second, so that's 36,000 miles an hour. And they have videos of it showing that, "boom," it's gone. So then that glass has no integrity anymore. It's basically not there, and it falls down.

And that's a real problem when it's horizontal like that. If it's vertical, it's probably good because when you go into an accident or something, if that window breaks, it's going to break into small particles, and it's less likely to injure someone. But when it's horizontally like that, it's going to fall down into the vehicle.

[redacted]

glass to another construction, like laminated glass, would you think that change would make the design safe and not defective?

MR. SILVEY: Object to the form.

THE WITNESS: I think they should have stuck with the steel.

MR. PETERSEN: Q Okay.

A Again, I'm not a designer.

Q I understand. And I think you've said that in your report, that these panoramic sunroofs have replaced what were more commonly, historically all steel roofs?

A Correct.

Q And all steel, obviously, isn't going to break but -- like any type of glass?

A Well, see, there's a major difference between glass and steel. Glass is a brittle material, so it doesn't absorb any energy.

If something hits your steel roof and scratches it, all right, you have an ugly scratch which you can buy some paint over at the auto parts store and make it look like it wasn't scratched. But if you damage glass, eventually it's going to fail.

Q Okay. Just, for example, say, what vehicle did you arrive here in today?

looking for a time to break, so we'll go off the record.

THE VIDEOGRAPHER: Okay. Off the record at 11:01.

(Brief recess from 11:01 to 11:12 a.m.)

THE VIDEOGRAPHER: Back on the record at 11:12.

MR. PETERSEN: Q Have you evaluated Ford's use of laminated glass in panoramic sunroofs?

A No.

[REDACTED]

[REDACTED]

Q Have you tried to evaluate failure rates or replacement rates as to any type of glass in this case?

A No.

Q Have you used replacement rates or failure rates for your opinions in this case at all?

A No.

Q You previously mentioned some of the testing done for other cases as to panoramic sunroof

modules from either Wabasto or Inalfa that you analyzed in one way or another. Do you call that?

A Yes.

Q And we don't have that in your report or in your file materials, correct?

A Correct.

Q Fair to say that you're not relying on that prior testing in the Hyundai or Kia case for your opinions in this case?

MR. SILVEY: Object to the form.

THE WITNESS: I can't say that that's true. I mean, in terms of the failure mode, I will not use them directly, but I gained a certain understanding of the sunroofs from looking at those failures.

MR. PETERSEN: Q Okay. So from looking at failures in the Hyundai and Kia cases, you gained some understanding as to panoramic sunroof failures generally?

A Correct.

Q And those were either Inalfa or Webasto panoramic sunroofs?

A Correct.

Q And as to the specifics of those sunroofs and their dimensions and thicknesses and things like

that you can't talk about here today?

A Correct.

Q Is there anything about your findings that you can share with us today in this deposition?

A Well, I think --

MR. SILVEY: Object to the form.

THE WITNESS: I've already mentioned that they're progressive in nature.

MR. PETERSEN: Q Okay. As I understand that, that -- that progressive in nature failure, you didn't need a panoramic sunroof to be able to do that. That could have been any piece of tempered safety glass, correct?

A Yeah. I think you brought up an important point, is that the specific use of the tempered glass is not important. What's important is either you're using tempered glass or something else. The application isn't critical. It's the material itself.

I'm a Material Scientist, so you're asking me questions about sunroofs, but all of these things, more or less, are applicable to other tempered glass objects.

Q I understand.

As to the specifics, is there anything --

a mountain top pass?

A Yeah. Those are all unexpected events.

Q Okay. And you wouldn't fault the panoramic sunroof, whether it was tempered or laminated or something else, for being damaged by a falling boulder off a mountain pass?

A No.

Q Fair enough. Okay. I think I understand.

All right. One of the areas -- one of the criteria you have there is size, correct?

A Correct.

Q Do you know how many panels there are in the 2007 to 2014 Ford Edge?

A I don't have that memorized, no.

Q Okay. Do you know what their sizes are, whether they're front panel or rear panel?

A No.

Q Do you know what -- same question as to the Ford Escape?

A No.

Q Ford Explorer?

A No.

Q Lincoln MKX?

A No.

Q Lincoln MKT?

A No.

Q Lincoln MKS?

A No.

Q Okay. Does the specific size other than being larger than one half square meter make any difference to you?

A I think that what we're really talking about is it's a structural member of the vehicle, that it's replacing a roof, and that's not directly necessarily related to the actual size. It has to do with its participation in the unibody construction.

Q Have you done anything to evaluate the participation of the glass in the unibody construction?

A Yeah.

Q How?

A I did an open and close door, saw the glass flex, so that tells me the glass is going to flex. If the vehicle flexes, the glass is going to flex. Opening and closing a door is just one example, and that's one I could test.

What page are you on?

Q I'm still looking at your report here, and I'm just trying to talk a little bit about size as one of the factors that you've identified.

Q Okay. And, obviously, I think we already talked about there could be some variability sheet to sheet?

A Yeah, could be.

Q And so -- but nominally if we talk about 20 percent or one-fifth, if you make the glass thicker, you make the compressive layer thicker?

A Correct.

Q Does that make it more robust to breakage, all else being equal?

A Yes, it --

MR. SILVEY: Object to the form.

THE WITNESS: Yes, it does, but it just delays the failure. It just means the -- whatever the defect is that's growing will take longer to penetrate into the tensile layer.

MR. PETERSEN: Q What thickness is typically used in conventional traditional sunroofs?

A Don't know.

Q Have you -- I'm sorry. I thought you said you'd done some testing on a conventional sunroof at some point in the past. Was that -- did I --

A I did not say that.

Q I apologize.

Without revealing any confidential

Q Then under the next folder is "Documents."
A Uh-huh.
Q "Ball-drop Calculations"?
A Correct.
Q That looks like some math from the Flat Glass Manufacturers Association of Japan.
A Right.
Q What's the relevance to your opinions?
A I might have pulled that out of the other file. Basically, they have an average impact model. I didn't really use it for the report, so you can just skip over that.
Q Okay.
A Unless you want to read it in detail.
[redacted]

REPORTER'S CERTIFICATE

I, KIPP HODGE, a Certified Shorthand Reporter, do hereby certify that before the taking of the foregoing deposition, the witness was duly sworn by me to testify to the truth, the whole truth, and nothing but the truth in the above-entitled matter; and that the foregoing is a full, true and correct transcript of the proceedings had at the taking of said deposition.

I further certify that I am not of counsel or attorney for either or any of the parties in the above-mentioned cause, or in any way interested in the outcome of said cause.

I hereby affix my signature this 29th day of March, 2019.

KIPP HODGE
CSR #7642