| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>NOV 13 2020<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JACOB BEATY; JESSICA BEATY, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs-Appellants,<br><br>　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　　Defendant-Appellee. | No.　20-35141<br><br>D.C. No. 3:17-cv-05201-RBL<br>Western District of Washington, Tacoma<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The parties' joint motion to file a redacted copy of the reply brief and to seal the publicly available copy of the reply brief (Docket Entry No. 47) is granted. The Clerk shall file under seal the unredacted reply brief (Docket Entry No. 45), and shall file publicly the redacted reply brief (Docket Entry No. 47).

Briefing is complete.

PK/Sealed Documents