UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACOB BEATY, et al.,

           Plaintiffs,

  v.

FORD MOTOR COMPANY,

           Defendant.

C17-5201 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The mandate having been issued by the United States Court of Appeals for the Ninth Circuit, *see* docket no. 238, this case is returned to the Court's active docket.

(2) Plaintiffs' motion for class certification (docket no. 68), Plaintiffs' motions to exclude (docket nos. 108 & 114), and Defendant's motions to exclude (docket nos. 122, 124, 126, & 131), all of which were denied as moot, *see* Order (docket no. 228), are now RENOTED to **May 28, 2021**, to provide the Court with an opportunity to review the briefing, exhibits, and other documents filed in connection with these pending motions. The Court anticipates scheduling oral argument in connection with these pending motions, if necessary, within thirty (30) days of the noting date.

(3) The parties are DIRECTED to meet and confer and to file a Joint Status Report on or before **May 14, 2021**, addressing the following issues:

    (a) Whether any additional briefing in connection with the pending motions, described in ¶ 2 above, is necessary;

MINUTE ORDER - 1

(b) The names, email addresses, and telephone numbers of lead counsel, not to exceed two (2) individuals per party;

(c) Whether the Court should order mediation under Local Civil Rule 39.1;

(d) When the parties will be prepared to proceed to trial and how long any trial will likely last.  The Court anticipates setting a trial date approximately six (6) months after resolving Plaintiffs' motion for class certification (docket no. 68).  The parties should address whether additional discovery and/or motions practice is required after the resolution of Plaintiffs' motion for class certification, *see* docket nos. 37, 44; and

(e) Whether any party wishes a scheduling conference, or whether any other issues need to be addressed by the Court, before the Court enters a scheduling order in this case.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of April, 2021.

William M. McCool  
Clerk

s/Gail Glass  
Deputy Clerk

MINUTE ORDER - 2