UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACOB BEATY, et al.,

    Plaintiffs,

  v.

FORD MOTOR COMPANY,

    Defendant.

C17-5201 TSZ

MINUTE ORDER

  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

  (1) Having reviewed the parties' stipulated motion for a stay, *see* Joint Status Report (docket no. 246), the Court concludes that the relevant factors weigh in favor of a stay and hereby STAYS this action pending further order of the Court;

  (2) The parties are DIRECTED to promptly notify the Court of any final order or decision by the U.S. Court of Appeals for the Ninth Circuit, or by April 26, 2022, whichever occurs first; and

  (3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 26th day of July, 2021.

              Ravi Subramanian
              Clerk

              s/Gail Glass
              Deputy Clerk

MINUTE ORDER - 1