UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACOB BEATY, et al.,

         Plaintiffs,

  v.

FORD MOTOR COMPANY,

         Defendant.

C17-5201 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The United States Court of Appeals for the Ninth Circuit having denied the petition for permission to appeal the Court's order, docket no. 243, denying class action certification, the STAY of this matter is hereby LIFTED.

(2) The parties are DIRECTED to submit a combined joint status report on or before November 19, 2021.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of November, 2021.

                                                          Ravi Subramanian
                                                          Clerk

                                                          s/Gail Glass
                                                          Deputy Clerk

MINUTE ORDER - 1