UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACOB BEATY, et al.,

               Plaintiffs,

    v.

FORD MOTOR COMPANY,

               Defendant.

C17-5201 TSZ

MINUTE ORDER SETTING
TRIAL DATE AND RELATED
DATES

| | |
|---|---:|
| **JURY TRIAL DATE** | **August 29, 2022** |
| Length of Trial | 10 days |
| All dispositive motions must be filed by and noted on the motion calendar April 4, 2022 | February 4, 2022 |
| Deadline to file responses to dispositive motions | March 4, 2022 |
| Deadline to file replies in support of dispositive motions | April 4, 2022 |
| All motions in limine must be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference (see LCR 7(d)(4)) | July 28, 2022 |
| Agreed pretrial order due[1] | August 12, 2022 |

---

[1] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES - 1

Trial briefs, proposed voir dire questions, and
jury instructions due                                                    August 12, 2022

Pretrial conference to be held at 10:00 a.m. on                          August 19, 2022

These dates are set at the direction of the Court after reviewing the joint status report submitted by the parties, docket no. 255.  All other dates are specified in the Local Civil Rules.  These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties.  The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible.  Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1.

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted."  The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column.  Duplicate documents shall not be listed twice; once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at (206) 370-8522, no later

than the Friday before the trial.  Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.  Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit.  For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit is number 321, then any other party's exhibits shall begin with the number 400.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial might have to await the completion of other cases.  Should this case settle, counsel shall notify Judge Zilly's Chambers at (206) 370-8830 as soon as possible.

The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of December, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES - 3