THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JACOB BEATY, et al.,

    Plaintiffs,

v.

FORD MOTOR COMPANY

    Defendant.

NO. 3:17-cv-05201-TSZ

**ORDER ON STIPULATED MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES**

This matter came before the Court on the Parties' Stipulated Motion to Extend Certain Pretrial Deadlines. This Court having reviewed the file and records herein and being otherwise advised in the premises, NOW THEREFORE,

IT IS HEREBY ORDERED that the Parties' Stipulated Motion to Extend Certain Pretrial Deadlines is GRANTED. The following deadlines are extended as follows:

ORDER ON STIPULATED MOTION TO EXTEND
CERTAIN PRETRIAL DEADLINES - 1
CASE NO. 3:17-cv-05201 TSZ

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| Task | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs' deadline to serve pretrial statement | January 11, 2023 | January 16, 2023 |
| Defendant's deadline to serve pretrial statement | January 20, 2023 | January 25, 2023 |
| Parties' deadline to confer regarding the Joint Pretrial Statement | January 31, 2023 | February 2, 2023 |

DATED: January 11, 2023

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER ON STIPULATED MOTION TO EXTEND
CERTAIN PRETRIAL DEADLINES - 2
CASE NO. 3:17-CV-05201 TSZ

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com