UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JACOB BEATY; and JESSICA BEATY,<br><br>                 Plaintiffs,<br><br>  v.<br><br>FORD MOTOR COMPANY,<br><br>                 Defendant. | C17-5201 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's brief supporting a spoliation instruction, docket no. 295, is construed as a motion for an adverse-inference jury instruction and is NOTED for the Court's consideration on Friday, February 17, 2023. Any response shall be filed on or before Thursday, February 16, 2023, at 10:00 a.m. Pacific Time. No reply shall be filed unless requested by the Court.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of February, 2023.

                                                      Ravi Subramanian
                                                      Clerk

                                                      s/Laurie Cuaresma
                                                      Deputy Clerk

MINUTE ORDER - 1