Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JACOB BEATY and JESSICA BEATY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | No. 3:17-cv-05201-TSZ<br><br>NOTICE OF SETTLEMENT |

Pursuant to Local Civil Rule 11(b), the parties to the above-captioned matter report that they have reached a confidential settlement resolving all issues and claims. While the parties perfect their settlement via a confidential agreement, they request the Court strike the trial date and all pending deadlines. The parties will file a motion to dismiss all claims with prejudice upon perfection of the confidential settlement.

//

//

//

//



**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

DATED: February 23, 2023.

By: */s/ Gregory F. Coleman (Email Authority*
Gregory F. Coleman (*pro hac vice*)
Email: gcoleman@milberg.com
Mark E. Silvey *(pro hac vice)*
Email: msilvey@milberg.com
Adam E. Edwards (*pro hac vice*)
Email: aedwards@milberg.com
William A. Ladnier (*pro hac vice*)
Email: wladnier@milberg.com
Virginia A. Whitener (*pro hac vice*)
Email: gwhitener@milberg.com
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
800 South Gay Street, Suite 1100
Knoxville, Tennessee 37929
Telephone: (866) 252-0878

Beth E. Terrell, WSBA No 26759
Email: bterrell@terrellmarshall.com
Amanda M. Steiner, WSBA No. 29147
Email: asteiner@terrellmarshall.com
Benjamin Drachler, WSBA No. 51021
Email: bdrachler, WSBA No. 51021
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

Mitchell M. Breit (*pro hac vice*)
Email: mbreit@milberg.com
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (347) 668-8445

Eric S. Johnson (*pro hac vice*)
Email: ejohnson@simmonsfirm.com
SIMMONS HANLY CONROY
One Court Street
Alton, Illinois 62002
Telephone: (618) 259-2222

*Attorneys for Plaintiffs*

By: */s/ Caryn Geraghty Jorgensen*
Caryn Geraghty Jorgensen, WSBA #27514
Email: Caryn.Jorgensen@stokeslaw.com
John T. Fetters, WSBA #40800
Email: John.Fetters@stokeslaw.com
Brett T. MacIntyre, WSBA #46572
Email: Brett.MacIntyre@stokeslaw.com
Samantha K. Pitsch, WSBA 54190
Email: Samantha.Pitsch@stokeslaw.com
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Telephone: 206-812-7463

Bradley W. Petersen (pro hac vice)
Email: bpetersen@slatterypetersen.com
SLATTERY PETERSEN LLC
340 East Palm Lane, Suite 250
Phoenix, Arizona 85004
Telephone: (602) 507-6108

Andrew J. Clopton, Admitted Pro Hac Vice
Email: alopton@jonesday.com
JONES DAY
150 W. Jefferson, Suite 2100
Detroit, Michigan 48226
Telephone: (313) 230-7902

Cari K. Dawson (pro hac vice)
Email: cari.dawson@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000

Sherry A. Rozell (pro hac vice)
Email: sherry.rozell@mcafeetaft.com
MCAFEE & TAFT
Two West 2nd Street, Suite 1100
Williams Tower II
Tulsa, OK 74103
Telephone: (918) 587-0000

*Attorneys for Defendant*